UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI A. SMITH,

                               Case No. 1:11-cv-294

       Plaintiff,

                               Hon. Robert J. Jonker

v.

MERCANTILE ADJUSTMENT
BUREAU, LLC,

       Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation filed by the parties (Docket # ), this matter is hereby

**DISMISSED** with prejudice, and with each party to pay her or its own costs**.**


Dated:   May 9, 2011                            /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                             United States District Judge